

RECEIVED
IN LAKE CHARLES, LA
DEC - 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| DAVID McCLURE | : | DOCKET NO. 2:07-cv-1125<br>SECTION P |
| VS. | : | JUDGE MINALDI |
| WARDEN TERRELL, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that plaintiff's civil rights claims be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

**IT IS ALSO ORDERED** that plaintiff's request for court-appointed counsel be **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5 day of Dec , 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE