

RECEIVED
IN LAKE CHARLES, LA

MAR 1 0 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID McCLURE | : | DOCKET NO. 2:07 Cv 1125 |
| VS. | : | JUDGE MINALDI |
| WARDEN TERRELL, ET AL. | : | MAGISTRATE JUDGE KAY |

### ORDER

IT IS ORDERED that the plaintiff's "Motion for a Court Order to Stop the Withdrawal of Funds from his Prison Account" [doc. 11] IS DENIED. The plaintiff was advised by the court in an Order dated August 6, 2007 [doc. 5] that if he dismissed his suit, he would still be liable for the entire filing fee. Paying the filing fee is not contingent upon the outcome of the case.

Lake Charles, Louisiana, this _10_ day of March, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE